Quarles & Brady LLP
Daniel M. Janssen (*Pro Hoc Vic to be Submitted*)
daniel.janssen@quarles.com
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4426
Telephone:   414.277.5000
Facsimile:   414.271.3552

Attorneys for Plaintiff
Octaform Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LEONARD S. WARLAND and SANDRA L. WARLAND,<br><br>    Defendants. | Case No.  2:19-cv-00006-JAD-CWH<br><br>**STIPULATION RE NON-PARTY H-PAC PLASTICS' MOTION TO QUASH SUBPOENA AND FOR SANCTIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties in the above-entitled matter that further briefing with respect to H-PAC Plastic's Motion to Quash Subpoena and for Sanctions shall be continued as the parties are engaging in meet-and-confer efforts to resolve the subjects of the Motion. The parties will notify the Court no later than

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

QB\55980291.1

February 28, 2019, as to whether they have been able to resolve the matter or if further court intervention is necessary.

Dated: February 18, 2019     Quarles & Brady LLP

By: /s/ Daniel M. Janssen
DANIEL M. JANSSEN (*Pro Hoc Vic to be Submitted*)
411 East Wisconsin Avenue
Suite 2350
Milwaukee, WI 53202-4426
Telephone: 414.277.5000
Facsimile: 414.271.3552
*Attorneys for Plaintiff*
*Octaform Inc.*

Dated: February 18, 2019     DICKINSON WRIGHT PLLC

By: /s/ John L. Krieger
JOHN L. KRIEGER
Nevada Bar No. 6023
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (844) 670-6009
*Attorneys for Defendants/Counter-Claimants/Third-Party Plaintiffs*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: February 25, 2019

QB\55980291.1