**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, Nevada Bar No. 6023
Email : jkrieger@dickinson-wright.com
STEVEN A. CALOIARO, Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Non-Party H-PAC Plastics LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCTAFORM INC, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD S. WARLAND and SANDRA L. WARLAND, <br><br> Defendants. | Case No.: 2:19-cv-00006-JAD-CWH <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** ECF No. 10 <br><br> **Case Pending in the United States Bankruptcy Court for the Western District of Wisconsin, Case No. 3-18-00061-bhl** |

IT IS HEREBY STIPULATED, by and between the undersigned, counsel of record for Movant H-PAC Plastics LLC ("H-PAC") and Octaform Inc. ("Octaform") and (collectively "Parties") hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED by and between the Parties that no further action on the subpoena is necessary such that the Court's Order granting the motion to quash is moot (ECF No. 9); and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED AND AGREED that the Parties have resolved their differences and each party will bear its own attorneys' fees and costs.

Dated:  March 28, 2019

**QUARLES & BRADY LLP**

 /s/ Daniel M. Janssen
Daniel M. Janssen, Esq.
*(Pro Hac Vice to be submitted)*
411 East Wisconsin Avenue, Suite 2350
Milwaukee, WI 53202
*Attorneys for Plaintiff Octaform Inc.*

Dated:  March 28, 2019

**DICKINSON WRIGHT PLLC**

 /s/ John L. Krieger
John L. Krieger, Esq. (NV 6023)
Steven A. Caloiaro, Esq. (NV 12344)
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
*Attorneys for Non-Party H-PAC Plastics LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 28, 2019